United States District Court
Southern District of Texas
**ENTERED**
January 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WRIST-KOOYMAN SHIP SUPPLY B.V., § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> CARDINAL CULINARY SERVICES § <br> LLC, § <br> § <br> Defendant. § | CIVIL ACTION NO. 3:16-CV-328 |

### CONSENT JUDGMENT

Pursuant to the Motion for Entry of Consent Judgment filed by plaintiff, Wrist- Kooyman Ship Supply B.V., formerly known as Wrist Europe (Rotterdam) B.V., and defendant, Cardinal Culinary Services, LLC, this Consent Judgment is entered by this Court against Cardinal Culinary Services, LLC in favor of Wrist-Kooyman Ship Supply B.V. in the amount of THREE HUNDRED FORTY-FIVE THOUSAND SIX HUNDRED SIXTEEN AND 87/100 ($345,616.87) DOLLARS, consisting of unpaid invoices and interest to date of THREE HUNDRED TWENTY-SIX THOUSAND THREE HUNDRED FOURTEEN AND 87/100 ($326,314.87) DOLLARS, and attorneys' fees of NINETEEN THOUSAND THREE HUNDRED TWO AND NO/100 ($19,302.00) DOLLARS, plus interest on the $345,616.87 owed to Wrist-Kooyman Ship Supply B.V. at the

rate of 1.5% per month until fully paid, and future attorney's fees and costs incurred in this litigation and collecting this Consent Judgment.

SIGNED at Galveston, Texas, this 6th day of January, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge